Adam J. Tunning
Katherine E. Antonson
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Adam.Tunning@moultonbellingham.com
Kat.Antonson@moultonbellingham.com

Attorney for Reciprocity Industries, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Reciprocity Industries, LLC,<br>Plaintiff,<br><br>-vs-<br><br>Century Indemnity Company,<br><br>Defendant. | Case No.<br><br>**MOTION TO QUASH SUBPOENA** |

Pursuant to Fed. R. Civ. P. 45(d)(3), Reciprocity Industries, LLC moves this Court for an order quashing a subpoena issued by Century Indemnity Company out of the U.S. Bankruptcy Court for the District of Delaware. Under Rule 45, this Motion is properly brought in front of the court in the district where compliance is required as Reciprocity is a Billings, Montana company. A Brief in Support of this Motion is being filed concurrently.

**DATED** this 8th day of October 2021.

MOULTON BELLINGHAM PC

By: _*/s/ Adam J. Tunning*_____
ADAM J. TUNNING
KATHERINE E. ANTONSON
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served upon the following via CM/ECF on this 8th day of October, 2021.

Stamatios Stamoulis
Stamoulis & Weinblatt LLC
800 N. West Street -Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com

Tancred Schiavoni Daniel Shamah
O'Melveny & Myers LLP Times Square Tower
7 Times Square
New York, NY 10036-6537
tschiavoni@omm.com
dshamah@omm.com

__*/s/ Adam J. Tunning*___
Adam J. Tunning