Adam J. Tunning
Katherine E. Antonson
MOULTON BELLINGHAM PC
27 North 27th Street, Suite 1900
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Fax: (406) 248-7889
Adam.Tunning@moultonbellingham.com
Kat.Antonson@moultonbellingham.com

Attorney for Reciprocity Industries, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| RECIPROCITY INDUSTRIES, LLC,<br><br>                                  Plaintiff,<br>v.<br><br>CENTURY INDEMNITY COMPANY,<br><br><br>Defendants. | Case No. 21-MC-00011-SPW-TJC<br><br>**STIPULATION TO EXTEND TIME** |

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Defendant's time to respond to Plaintiff's Motion to Quash Subpoena and Brief in Support of Motion to Quash Subpoena, which is currently due on October 29, 2021. Subject to the Court's approval, the parties request the Defendant's time to file its response to Plaintiff's Motion to Quash Subpoena and Brief in Support of Motion to Quash Subpoena be extended up to and including

November 15, 2021. No party will be prejudiced by this extension. A proposed order is being filed concurrently.

DATED this 21st day of October, 2021.

                                          MOULTON BELLINGHAM PC

                                          __/s/ *Adam J. Tunning*__
                                          Adam J. Tunning
                                          Katherine E. Antonson

                                          Attorneys for Reciprocity Industries, LLC