# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| RECIPROCITY INDUSTRIES, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CENTURY INDEMNITY COMPANY,<br><br>　　　　　　　　　　　Defendants. | Case No. 21-MC-00011-SPW-TJC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME** |

Pursuant to the Parties' Stipulation to Extend Time, Defendant shall have up to and including November 15, 2021 to respond to Plaintiff's Motion to Quash Subpoena and Brief in Support of Motion to Quash Subpoena.

DATED this ___ day of October, 2021.

_____
Timothy J. Cavan, Magistrate Judge
United States District Court

1