IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| Reciprocity Industries, LLC,<br><br>                      Plaintiff,<br><br>  -vs-<br><br>Century Indemnity Company,<br><br>                      Defendant. | Case No. 21-00011 |

**CENTURY'S MOTION TO TRANSFER RECIPROCITY INDUSTRIES, LLC'S MOTION TO QUASH CENTURY'S SUBPOENA TO THE BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), hereby moves under Rule 45(f) of the Federal Rules of Civil Procedure to transfer Reciprocity Industries, LLC's motion to quash Century's subpoena to the United States Bankruptcy Court for the District of Delaware where the Boy Scouts of America bankruptcy is pending.

Counsel for Century certifies in accordance with Local Rule 7.1(c) that it met and conferred with counsel for Reciprocity prior to the filing of this Motion, who did not agree to a resolution.

2

Dated: November 15, 2021          Respectfully Submitted By:

<u>/s/ Robert C. Griffin</u>

MATTHEW M. HIBBS
ROBERT C. GRIFFIN
Crowley Fleck PLLP
1915 South 19th Avenue
Bozeman, MT 59718
Main: 406.556.1430
Fax: 406.556.1433
mhibbs@crowleyfleck.com
rgriffin@crowleyfleck.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*