IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Reciprocity Industries, LLC,<br><br>                           Plaintiff,<br><br>  -vs-<br><br>Century Indemnity Company,<br><br>                          Defendant. | Case No. 21-00011<br><br>**ORDER** |

Pursuant to Fed. R. Civ. Pro. 6(b), and Reciprocity Industries, LLC's Motion for Extension of Time,

**IT IS HEREBY ORDERED** as follows:

Reciprocity Industries, LLC shall have until December 6, 2021, in which to file its Reply in Support of Motion to Quash and Response in Opposition to Century's Motion to Transfer.

**DATED** this _____ day of _____ 2021.

By: _____
     TIMOTHY J. CAVAN
     United States Magistrate Judge